## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 99-86 (3)  (RHK/AJB) |
| Plaintiff, | **ORDER FOR APPOINTMENT OF COUNSEL** |
| v. | |
| Christopher St. Aubyn Headley, | |
| Defendant. | |

_____

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated:  February 26, 2008        s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge