# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| United States of America, | Criminal No. 99-86 (3) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher St. Aubyn Headley, | |
| Defendant. | |

___

Defendant has moved for a sentence reduction based on the retroactive crack cocaine guidelines amendment. He is now serving a 120 month sentence based on a plea of guilty to a drug-trafficking conspiracy offense. A ten-year mandatory minimum sentence was required by 21 U.S.C. § 841(b)(1)(A) as imposed by the Court. His guidelines range has not changed due to the effect of the mandatory minimum sentence. See United States v. Johnson, 517 F.3d 1020, 1024 (8th Cir. 2008); U.S. Sentencing Guidelines Manual § 5G1.1(b) (2004).

Based on the foregoing, Defendant's Application for Sentence Adjustment (Doc. No. 162) is **DENIED**.

Dated: July 2, 2008          s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge